MAX FELDMAN, PLAINTIFF-PETITIONER, v. NOAH FELD-MAN, DEFENDANT-RESPONDENT.

*Mr. Leslie S. Kohn* for the petitioner.

*Messrs. Sandles & Sandles* for the respondent.

April 17, 1961.   Denied.

FAITH KOTKIN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. RALPH G. CAPRIO, *ET AL.*, DEFENDANTS-PETI-TIONERS.

See same case below:   65 *N. J. Super.* 453.

*Messrs. Schneider, Lustbader & Morgan* and *Mr. Stanley J. Perwin* for the petitioners.

*Mr. Horace G. Davis* for the respondents.

April 17, 1961.   Denied.